UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIRST CHICAGO INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NUNEZ CONCRETE, LLC, ERIE )<br>INSURANCE EXCHANGE and )<br>UNIVERSAL ENTERPRISES, LLC, )<br>)<br>Defendants. ) | CAUSE NO. 1:22-cv-02130-JPH-MKK |

**The Court acknowledges the Stipulation of Dismissal, dkt. 18. The motion to dismiss, dkt. [13], is DENIED as moot. JPH, 1/18/2023 Distribution via ECF.**

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff, First Chicago Insurance Company, and Defendants, by their respective counsel, that pursuant to Federal Rule 41(a) the above captioned matter shall be dismissed, without prejudice, to bear their own costs.

MOYER LAW FIRM, P.C.                    FREEMAN MATHIS & GARY, LLP


 /s/  Kevin L. Moyer                            /s/  Donald Patrick Eckler
Kevin L. Moyer #20635-49                Donald Patrick Eckler #25299-45